UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**Larry Phipps**

    v.

**Tileco Employee Benefit Plan, et al**

_____

**DEFAULT JUDGMENT**

Case No. 2:11-cv-0208 JAM-DAD

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    **Tileco Employee Benefit Plan and Genesis Tile, Inc.**

January 19, 2012

    VICTORIA C. MINOR, CLERK

    By: s/A. Meuleman
    A. Meuleman, Deputy Clerk