UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Larry Phipps**

   **DEFAULT JUDGMENT**

  **v.**

   Case No. 2:11-cv-0208 JAM-DAD

**Tileco Employee Benefit Plan, et al**

_____

  **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

  **Tileco Employee Benefit Plan and Genesis Tile, Inc.**

January 19, 2012

      VICTORIA C. MINOR, CLERK

      By: s/A. Meuleman
      A. Meuleman, Deputy Clerk